Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **DONALD SMITH**, | CASE NO. 3:21-cv-1707-JRK |
| **PLAINTIFF**, | JUDGE JAMES R. KNEPP II |
| v. | **JOINT DISMISSAL WITH PREJUDICE** |
| **GREEN, BELL & MCDONALD, INC. D/B/A E-MC ELECTRICAL SERVICES**, | |
| **DEFENDANT**. | |

Now comes Plaintiff and the remaining Defendant, and pursuant to Rule 41 (1)(A)(ii) of the Rules of Civil Procedure, hereby dismiss all claims pending in this matter, with prejudice.

This Court will retain jurisdiction over any settlement materials. All Parties will bear their own costs.

Respectfully submitted,

*/s/ Jason Starling (per consent)*
Jason E. Starling (Ohio Bar No. 0082619)
Kevin R. Kelleher (Ohio Bar No. 0099167)
WILLIS SPANGLER STARLING
4635 Trueman Boulevard, Suite 100
Hilliard, Ohio 43026
Telephone: (614) 586-7915
Facsimile: (614) 586-7901
jstarling@willisattorneys.com

*Attorneys for Plaintiff*

*/s/ Katie Lynn Zorc*
KATIE LYNN ZORC (0092714)
**REMINGER CO., L.P.A.**
101 Prospect Avenue West, STE 1400
Cleveland, Ohio 44115-1093
P: 216-430-2314
Email: KZorc@reminger.com

*Counsel for Defendant*

1